IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JON SPENGLER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 05-CV-481 |
| | : JUDGE ALGENON L. MARBLEY |
| | : Magistrate Judge Terence P. Kemp |
| WORTHINGTON CYLINDERS, | : |
| | : |
| Defendant. | : |

## VERDICT FORM

We, the jury, having been duly empaneled and sworn, find the following:

1. Did Mr. Spengler complain to Worthington Cylinders in good faith about age discrimination in its workplace?

    Yes __✓__          No_____

    *If the answer to question 1 is "yes," proceed to question 2. If the answer to question 1 is "no," stop now.*

2. Was Worthington Cylinders aware of Mr. Spengler's complaint of age discrimination at the time it made the decision to discharge him?

    Yes __✓__          No_____

    *If the answer to question 2 is "yes," proceed to question 3. If the answer to question 2 is "no," stop now.*

3. Was Mr. Spengler's complaint of age discrimination a motivating factor in Worthington Cylinders's decision to discharge him?

    Yes __✓__          No_____

    *If the answer to question 3 is "yes," proceed to question 4. If the answer to question 3 is "no," stop now.*

4. Is Mr. Spengler entitled to damages to compensate him for his loss of wages?

   Yes ✓           No_____

   *If the answer to question 4 is "yes," proceed to question 5. If the answer to question 4 is "no," stop now.*

5. What amount will fairly compensate Mr. Spengler for his lost wages (excluding liquidated damages)?

   $21,944 (write in dollar amount)

   *Please proceed to question 6.*

6. Was Worthington Cylinders's conduct "willful" such that Mr. Spengler is entitled to liquidated damages?

   Yes ✓           No_____